IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA S. JACOBY,<br><br>Plaintiff,<br><br>vs.<br><br>FOOD BANK FOR THE HEARTLAND,<br><br>Defendant. | **8:25CV650**<br><br>**MEMORANDUM AND ORDER** |

On August 7, 2026, the Court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. Filing No. 7. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 21st day of September, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court